# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-180 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| ZACHARY SMITH, | ) | Magistrate Judge Susan K. Lee |
| | ) | |
| | ) | |

## ORDER

On September 18, 2019, United States Magistrate Judge Susan K. Lee filed a report and recommendation (Doc. 135). In her report and recommendation, Magistrate Judge Lee recommended that Defendant Zachary Smith's motion to strike his motion to suppress be granted and his motion to suppress be stricken. (*Id.*) Neither party has filed objections to Magistrate Judge Lee's report and recommendation.[1] Nevertheless, the Court has conducted a reviewed the report and recommendation, as well as the record, and it agrees with Magistrate Judge Lee's well-reasoned conclusions. Accordingly, Defendant Zachary Smith's motion to strike his motion to suppress (Doc. 133) is **GRANTED**. Defendant Zachary Smith motion to suppress (Doc. 116) is hereby **STICKEN**.

    **SO ORDERED.**

                                                /s/ *Travis R. McDonough*
                                                **TRAVIS R. MCDONOUGH**
                                                **UNITED STATES DISTRICT JUDGE**

---

[1] Magistrate Judge Lee specifically advised the parties that they had 14 days in which to object to the Report and Recommendation and that failure to do so would waive his right to appeal. (Doc. 135, at 12.)